SO ORDERED.

Dated: June 18, 2021



*Madeleine C. Wanslee*
**Madeleine C. Wanslee, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>HOLLY LYNN MICKELSON,<br>Debtor. | (Chapter 7 Case)<br>No. 2:20-bk-12093-MCW<br>**ORDER APPROVING TRUSTEE'S MOTION TO SELL PROPERTY OF THE ESTATE AND FOR APPROVAL OF BIDDING PROCEDURES** |

Upon the Motion to Sell Property of the Estate and for Approval of Bidding Procedures filed by Roger W. Brown, Trustee, and concerning the Estate's interest in a **3217 Yelm Hwy SE, Apt 14, Olympia, WA 98501** ("**Asset**") and after notice and opportunity for objection, with no objections having been filed, and good cause appearing therefor;

The Court has considered the Sale Motion and the file in this case, and has determined that the sale and the proposed procedures are appropriate and in the best interest of the Estate. In furtherance of the relief granted herein, the Court also finds as follows:

IT IS HEREBY ORDERED approving the terms and conditions of the sale along with the bidding procedures set forth in the Sale Motion, and authorizing Trustee to sell the Estate's interest in the Asset to the highest and best bidder at the noticed sale, which is set for auction on Tuesday, June 29, 2021 at 10:00 a.m., MST.

**DATED AND SIGNED ABOVE**