Adam B. Nach - 013622
Stuart B. Rodgers – 027520
**LANE & NACH, P.C.**
2001 E. Campbell Avenue, Suite 103
Phoenix, Arizona 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com
Email: stuart.rodgers@lane-nach.com

*Attorneys for Roger W. Brown, Chapter 7 Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In re: | (Chapter 7 Case) |
|---|---|
| HOLLY LYNN MICKELSON, | No. 2:20-bk-12093-MCW |
| Debtor. | **TRUSTEE'S REPORT OF SALE/REPORT OF RECEIPT OF FUNDS** |

Roger W. Brown, Trustee, by and through his attorneys undersigned, herein reports that pursuant to this Court's Order Approving Trustee's Motion to Sell Property of the Estate and for Approval of Bidding Procedures dated June 18, 2021 [DE 37], Trustee has sold real property of this Estate and has received the sales proceeds as follows:

Property: 3217 Yelm Hwy SE, Apt 14, Olympia, WA 98501 on an as-is, where-is, basis subject to all liens, interests and encumbrances

Sale Price: $47,000.00

Purchaser: Susie Charbel

RESPECTFULLY SUBMITTED this 15th day of July, 2021.

LANE & NACH, P.C.

By /s/ SBR 025720
Stuart B. Rodgers
Attorneys for Trustee

Copy of the foregoing delivered via electronic notification:

Colin Stuart Bell
Allegiant Law Group
777 East Thomas Road, Suite 150
Phoenix, AZ 85014
Email: colin@allegiantlawaz.com
Attorney for Debtor

Office of U.S. Trustee
230 North First Avenue
Phoenix, AZ 85003
Email: Edward.K.Bernatavicius@usdoj.gov

By /s/ Deborah McKernan