**LANE & NACH, P.C.**
2001 East Campbell Avenue
Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003

Adam B. Nach – 013622
Email: adam.nach@lane-nach.com
Stuart B. Rodgers – 025720
Email: stuart.rodgers@lane-nach.com

*Attorneys for Roger W. Brown, Trustee*

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>HOLLY LYNN MICKELSON<br><br>Debtor. | (Chapter 7 Case)<br><br>No. 2:20-bk-12093-MCW<br><br>**FIRST/FINAL APPLICATION FOR PAYMENT OF ATTORNEYS' FEES AND COSTS** |

I. **GENERAL INFORMATION.**

Lane & Nach, P.C., (hereinafter "**Attorney**") counsel for Roger W. Brown, Chapter 7 Trustee (hereinafter "**Trustee**"), herein presents this First/Final Application for Payment of Attorneys' Fees and Costs. In support of this Application, Attorney submits its billing statements for services rendered during the period of January 5, 2021, August 3, 2021, which are attached hereto and incorporated herein. In further support of its Application, Attorney respectfully represents as follows:

II. **NARRATIVE SUMMARY.**

    A.    <u>Background</u>.

        1.    This case was commenced by voluntary petition filed on or about November 3, 2020 ("**Debtor**"). Thereafter, Roger W. Brown was appointed Trustee.

2. Attorney's employment as counsel for the Trustee was approved by Order of this Court dated January 5, 2021 [DE 22].

3. Attorney has expended in excess of 29.4 hours in its representation of the Trustee on matters affecting the Estate. Based upon Attorney's ordinary hourly rates in effect at the time services were rendered, as detailed herein, Attorney's fees total $9,581.00. Attorney has also incurred out-of-pocket expenses for which it is seeking reimbursement in the sum of $55.90. The blended hourly rate is $336.66. The total amount sought by Attorney is as follows:

| | |
|---|---:|
| Fees | $9,581.00 |
| Costs | $   55.90 |
| Total | $9,636.90 |

4. The services for which compensation is requested were rendered on behalf of the Trustee and compensation is sought pursuant to 11 U.S.C. §§330(a), 331 and 503(a) and (b) and Rule 2016(a), F.R.B.P. and in compliance with this Court's <u>Order Authorizing Trustee to Employ Attorney</u>, and the Guidelines of the Office of the U.S. Trustee for the District of Arizona.

5. Except as Attorney may be entitled to receive compensation herein, Attorney has no arrangements with any other parties whatsoever to pay Attorney for the services of Attorney to the Estate, nor has Attorney received any funds from any parties whatsoever for the services rendered to the Estate. Additionally, Attorney has not made any arrangements to share any compensation received by Order of this Court with any other party, nor does Attorney have arrangements for sharing of any compensation herein awarded, except as are normally divided among members and/or associates of its firm.

6. The names of all of Attorney's professionals and paraprofessionals, their billing code, and the hourly rate charged by each is set forth below. Attorney charges its non-

bankruptcy clients at the same rate or higher for similar services. The rates charged are reasonable and are commensurate with fees for similar services charged by bankruptcy attorneys and other professionals of similar experience in Phoenix, Arizona.

| Title | Name/Billing Code | Hourly Rate(s) | Year Admitted to Practice |
|---|---|---|---|
| **Partner** | Adam B. Nach (ABN/Partner) | $375 | 1991 |
| **Partner** | Stuart B. Rodgers (SBR/Partner) | $350 | 2007 |
| **Associate** | Greg Grandmont (GG/Associate) | $285 | 2015 |
| **Paralegal** | Sheila M. Rochin (SMR/Paralegal) | $175 | N/A |

7. Attorney understands that pursuant to 11 U.S.C. §331 further applications may not be submitted in less than 120-day intervals.

B. <u>Case Status</u>.

1. To the best of Attorney's information and belief, the Trustee has received the sum of $47,000.00. No distributions have been made with the exception of minimal banking fees.

2. To the best of Attorney's information and belief, there are no other approved and unpaid administrative expenses in this case.

3. To the best of Attorney's information, there are no encumbered funds in the Estate.

4. Trustee anticipates that the Notice of Proposed Distribution should be submitted no sooner than November, 2021. Trustee believes that it is not feasible to make an interim distribution to creditors at this time, without prejudicing the rights of any creditor holding a claim of equal or higher priority.

C. <u>Project Summary</u>.

The following are the descriptions of the projects for which fees and expenses were incurred,

all of which were necessary and benefited the Estate, the number of hours spent and the amount of compensation requested for each professional and paraprofessional for each project.

1. <u>Case Administration</u>. As more fully set forth in Exhibit "A" Attorney has performed professional services with respect to the general administration of this bankruptcy Estate. Time was incurred in communication and correspondence with the Trustee and others regarding the general status of the case and the various activities involved in the case. Time and attention was incurred with the analysis of the Debtor's pre-petition activities. Time and attention was incurred in the analysis of Debtor's Schedules and Statements filed with the Court. In connection with this subject area, the following fees were incurred:

| Title | Name | Hourly Rate(s) | Hours | Dollar Amount |
|---|---|---|---|---|
| **Partner** | Adam B. Nach | $375 | 2.0 | $750.00 |
| **Partner** | Stuart B. Rodgers | $350 | 0.2 | 70.00 |
| **Paralegal** | Sheila M. Rochin | $175 | 0.2 | 35.00 |
| **TOTAL** | | | | $855.00 |

2. <u>Employment and Payment of Professionals</u>. As more fully set forth in Exhibit "A", Attorney has performed professional services with respect to the employment and payment of professionals. In connection with this subject area, the following fees were incurred:

| Title | Name | Hourly Rate(s) | Hours | Dollar Amount |
|---|---|---|---|---|
| **Partner** | Adam B. Nach | $375 | 2.0 | $750.00 |
| **Paralegal** | Sheila M. Rochin | $175 | 2.0 | 350.00 |
| **TOTAL** | | | | $1,100.00 |

3. <u>Asset Analysis & Disposition</u>. As more fully set forth in Exhibit "A", Attorney has performed professional services with respect to the analysis and disposition of Estate

assets. Time and attention was incurred in the analysis of the Estate's interest in non-exempt property located at 3217 Yelm Hwy SE, Apt 14, Olympia, Washington. Attorney filed a sale motion and successfully liquidated the real estate for the benefit of the creditors of this Estate. In connection with this subject area, the following fees were incurred:

| *Title* | *Name* | *Hourly Rate(s)* | *Hours* | *Dollar Amount* |
|---|---|---|---|---|
| **Partner** | Stuart B. Rodgers | $350 | 14.00 | $4,900.00 |
| **Associate** | Gregory Grandmont | $285 | 4.1 | 1,168.50 |
| **Paralegal** | Sheila M. Rochin | $175 | 1.4 | 245.00 |
| **TOTAL** | | | | $7,626.00 |

As detailed on Exhibit "A", the costs for which Attorney seeks reimbursement total $55.90.

III. **EVALUATION STANDARDS**.

A. Attorney certifies that it did, in fact, perform the services set forth herein and is entitled to the compensation requested; and, Attorney certifies that performance of the services has benefited the Estate.

B. Trustee has approved the requested fees and costs.

IV. **SUMMARY**.

The Summary Sheet, as required by the Office of the U.S. Trustee, is attached hereto and incorporated herein.

V. **CONCLUSION**.

Based on the foregoing, Lane & Nach, P.C., respectfully requests that this Court enter its Order:

A. Approving and authorizing payment of fees to Lane & Nach, P.C. in the sum of

$9,581.00 for services provided from January 5, 2021, August 3, 2021; and,

    B.    Approving and authorizing reimbursement of out-of-pocket expenses to Lane & Nach, P.C., in the sum of $55.90; and,

    C.    For such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED this __4th__ day of August, 2021.

                                    **LANE & NACH, P.C**.

                                By  /s/ Adam B. Nach
                                      Adam B. Nach
                                      Stuart B. Rodgers
                                      *Attorneys for Trustee*

Copy of the foregoing mailed/delivered via electronic notification:

Colin Stuart Bell
Allegiant Law Group
777 East Thomas Road, Suite 150
Phoenix, AZ 85014
Email: colin@allegiantlawaz.com
Attorney for Debtor

Office of U.S. Trustee
230 North First Avenue
Phoenix, AZ 85003
Email: ustpregion14.px.ecf@usdoj.gov
Email: edward.k.bernatavicius@usdoj.gov

By /s/ Sheila Rochin

# LANE & NACH, P.C.

2001 E. Campbell Avenue

Suite 103

PHOENIX, AZ  85016

Telephone:  (602) 258-6000

Facsimile (602) 258-6003

TAX I.D. #86-0938074

ROGER BROWN

| | |
|---|---|
| Statement Date: | August 3, 2021 |
| Statement No. | 93675 |
| Account No. | 2006.026 |
| Page: | 1 |

RE: MICKELSON, HOLLY LYNN

Fees

| Date | Atty | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 01/05/2021 | ABN | TELEPHONE CONFERENCE WITH TRUSTEE RE NEW CASE; REVIEW AND RESPOND TO E-MAIL WITH BROKER REGARDING NEW CASE; ATTENTION TO NEW CASE ISSUES. | 375.00 | 0.90 | 337.50 |
| 01/29/2021 | ABN | REVIEW FINANCIAL MANAGEMENT CERTIFICATE. | 375.00 | 0.10 | 37.50 |
| 02/22/2021 | SMR | EMAIL TRUSTEE TO REQUEST TAX RETURNS; | 175.00 | 0.10 | 17.50 |
| 02/23/2021 | SMR | RECEIVE TAX RETURNS FROM TRUSTEE; UPDATE CASE FILE; | 175.00 | 0.10 | 17.50 |
| 03/11/2021 | ABN | REVIEW DISCHARGE. | 375.00 | 0.10 | 37.50 |
| 03/17/2021 | ABN | REVIEW FILE; REVIEW AND RESPOND TO E-MAIL WITH TRUSTEE REGARDING STATUS. | 375.00 | 0.30 | 112.50 |
| 05/12/2021 | SBR | REVIEW E-MAIL REGARDING W9 AND E-MAIL TRUSTEE REGARDING SAME. | 350.00 | 0.20 | 70.00 |
| 07/02/2021 | ABN | REVIEW REPORT OF TRUSTEE REGARDING CLAIMS BAR DATE. | 375.00 | 0.20 | 75.00 |
| 07/09/2021 | ABN | REVIEW BNC CERTIFICATE OF SERVICE REGARDING CLAIMS BAR DATE. | 375.00 | 0.20 | 75.00 |
| 07/12/2021 | ABN | CONFERENCE WITH TRUSTEE REGARDING CLOSING CASE. | 375.00 | 0.20 | 75.00 |
| | | CASE ADMINISTRATION | | 2.40 | 855.00 |
| 01/05/2021 | SMR | REVIEW FILE FOR CONFLICTS; PREPARATION OF APPLICATION TO EMPLOY ATTORNEY FOR TRUSTEE, ATTORNEY DISINTERESTEDNESS DECLARATION AND FORM OF ORDER; ELECTRONIC COURT FILING. | 175.00 | 1.00 | 175.00 |
| | ABN | REVIEW DRAFT OF APPLICATION TO EMPLOY AND ORDER; REVIEW FILE REGARDING CONFLICTS. | 375.00 | 0.40 | 150.00 |

Page: 2
08/03/2021
Account No: 2006-026
Statement No: 93675

ROGER BROWN

MICKELSON, HOLLY LYNN

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
| 01/06/2021 | ABN | REVIEW SIGNED ORDER APPROVING EMPLOYMENT OF ATTORNEY. | 375.00 | 0.10 | 37.50 |
| 08/02/2021 | SMR | FINALIZE TRUSTEE ATTORNEY FEE APPLICATION AND RELATED DOCUMENTS. | 175.00 | 1.00 | 175.00 |
|  | ABN | REVIEW, REVISE AND EDIT INVOICES TO COMPLY WITH UST GUIDELINES; ATTENTION TO CASE CLOSING ISSUES; REVIEW TRUSTEE ATTORNEY FEE APPLICATION | 375.00 | 1.50 | 562.50 |
|  |  | PROFESSIONAL EMPLOYMENT/ FEES |  | 4.00 | 1,100.00 |
| 01/06/2021 | GG | ATTEMPT TO ACCESS ONLINE FORM FROM BK GLOBAL; EMAIL BK GLOBAL REPRESENTATIVE REGARDING SAME. | 285.00 | 0.20 | 57.00 |
|  | SBR | REVIEW CASE DETAILS; E-MAIL EXCHANGE WITH TRUSTEE. | 350.00 | 1.00 | 350.00 |
|  | ABN | REVIEW AND RESPOND TO E-MAIL WITH BK GLOBAL REGARDING BROKER IN WASHINGTON. | 375.00 | 0.20 | 75.00 |
|  | ABN | REVIEW AND RESPOND TO E-MAIL WITH D. BIRDSELL REGARDING TIMESHARE. | 375.00 | 0.20 | 75.00 |
| 01/12/2021 | GG | EMAIL AND TELEPHONE CORRESPONDENCE WITH BK GLOBAL REGARDING FORM ACCESS. | 285.00 | 0.20 | 57.00 |
| 01/13/2021 | GG | TELEPHONE CALL WITH T. SANTORA REGARDING SALES PROCESS OF REAL PROPERTY. | 285.00 | 0.30 | 85.50 |
| 01/22/2021 | GG | TELEPHONE CALL WITH T. SANTORA REGARDING STATUS OF TITLE REPORT AND ACCESS TO REAL PROPERTY. | 285.00 | 0.20 | 57.00 |
|  | GG | EMAIL TO DEBTOR'S COUNSEL TO DETERMINE OCCUPANCY STATUS AND POINT OF CONTRACT FOR WASHINGTON STATE REAL PROPERTY. | 285.00 | 0.20 | 57.00 |
| 01/26/2021 | GG | ATTENTION TO REAL PROPERTY OCCUPANCY STATUS. | 285.00 | 0.10 | 28.50 |
|  | SBR | ATTENTION TO SALE ISSUES. | 350.00 | 0.20 | 70.00 |
|  | GG | EMAIL RESPONSE TO T. SANTORA REGARDING INQUIRY OF OCCUPANCY STATUS. | 285.00 | 0.10 | 28.50 |
|  | ABN | REVIEW AND RESPOND TO E-MAIL WITH TRUSTEE REGARDING TITLE ISSUES. | 375.00 | 0.20 | 75.00 |
| 02/01/2021 | GG | EMAIL TO DEBTOR'S COUNSEL TO REQUEST REAL ESTATE AGENT CONTACT DEBTOR DIRECTLY TO COORDINATE ACCESS TO REAL PROPERTY. | 285.00 | 0.10 | 28.50 |
|  | GG | REVIEW EMAIL FROM DEBTORS COUNSEL REGARDING ACCESS TO REAL PROPERTY. | 285.00 | 0.10 | 28.50 |
|  | GG | EMAIL T. SANTORA CONTACT INFORMATION REGARDING ACCESS TO REAL PROPERTY. | 285.00 | 0.10 | 28.50 |
| 02/02/2021 | GG | EMAIL CORRESPONDENCE WITH T. SANTORA REGARDING REAL ESTATE AGENT CONTACT. | 285.00 | 0.10 | 28.50 |
| 02/11/2021 | GG | ATTENTION TO EMAIL AND DOCUMENTS FROM T. SANTORA REGARDING SALE OF REAL PROPERTY. | 285.00 | 0.20 | 57.00 |

Page: 3
08/03/2021
Account No:     2006-026
Statement No:      93675

ROGER BROWN

MICKELSON, HOLLY LYNN

|            |     |                                                                                                                                                                                                                                                                        | Rate   | Hours |        |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------|-------|--------|
| 02/18/2021 | ABN | REVIEW AND RESPOND TO E-MAIL WITH BK GLOBAL REGARDING MOTION TO SELL FORM.                                                                                                                                                                                               | 375.00 | 0.20  | 75.00  |
| 02/22/2021 | SBR | REVIEW/EDIT/REVISE/CONVERT APPLICATION INTO ACCEPTABLE FORMAT; E-MAIL EXCHANGES WITH SHORTSALE COMPANY.                                                                                                                                                                  | 350.00 | 1.00  | 350.00 |
|            | SBR | EDIT/DRAFT SALE MOTION; RESEARCH ISSUES RELATED TO TAXES.                                                                                                                                                                                                                | 350.00 | 2.00  | 700.00 |
| 02/23/2021 | SBR | REVIEW TITLE REPORT AND TAX RETURNS; E-MAIL DEBTOR ATTORNEY.                                                                                                                                                                                                             | 350.00 | 0.90  | 315.00 |
|            | ABN | REVIEW FILE; TELEPHONE CONFERENCE WITH TRUSTEE REGARDING STRATEGY.                                                                                                                                                                                                       | 375.00 | 0.50  | 187.50 |
| 02/24/2021 | ABN | REVIEW FILE; TELEPHONE CONFERENCE WITH TRUSTEE REGARDING SALE OF INTEREST TO BANKRUPTCY GLOBAL (X2).                                                                                                                                                                     | 375.00 | 0.30  | 112.50 |
| 03/09/2021 | SBR | REVIEW E-MAILS FROM THIRD PARTY FIRM REGARDING SALES.                                                                                                                                                                                                                    | 350.00 | 0.20  | 70.00  |
| 03/10/2021 | SBR | TELEPHONE CONFERENCE WITH SHORTSALE COMPANY.                                                                                                                                                                                                                             | 350.00 | 0.20  | 70.00  |
| 04/14/2021 | ABN | CONFERENCE WITH TRUSTEE REGARDING STATUS; REVIEW AND ANALYZE FILE; REVIEW AND ANALYZE LEGAL ISSUES WITH SALE FREE AND CLEAR VS. SUBJECT TO; REVIEW AND RESPOND TO E-MAIL WITH TRUSTEE REGARDING STATUS.                                                                  | 375.00 | 0.90  | 337.50 |
|            | SBR | BEGIN SALE MOTION DRAFTING.                                                                                                                                                                                                                                              | 350.00 | 1.40  | 490.00 |
| 04/15/2021 | SBR | MAKE EDITS AND SEND TO POTENTIAL PURCHASER.                                                                                                                                                                                                                              | 350.00 | 0.40  | 140.00 |
| 04/27/2021 | GG  | FOLLOW UP WITH AUCTION.COM REPRESENTATIVE REGARDING REVIEW OF DRAFT SALE MOTION.                                                                                                                                                                                         | 285.00 | 0.10  | 28.50  |
| 05/12/2021 | SBR | SERIES OF EMAILS WITH CLIENT AND WITH POTENTIAL BUYER REGARDING SALE OF PROPERTY AND SALE MOTION.                                                                                                                                                                        | 350.00 | 0.40  | 140.00 |
| 05/17/2021 | GG  | REVIEW AND REVISE TRUSTEE'S MOTION TO SELL REAL PROPERTY.                                                                                                                                                                                                                | 285.00 | 0.40  | 114.00 |
| 05/18/2021 | SMR | PREPARATION OF FINAL ON SALE MOTION; SCAN AND ATTACH EXHIBIT; PREPARATION OF FINAL ON BAR DATE NOTICE OF MOTION; SCAN AND ATTACH EXHIBIT; PREPARATION OF FINAL ON NOTICE OF SALE; ELECTRONIC COURT FILING; CALENDAR FOR ATTORNEY RODGERS; EMAIL TO DONNA WYATT FOR EMAIL BLAST; ATTENTION TO POSTING ON LANE NACH WEBSITE; | 175.00 | 0.50  | 87.50  |
|            | SMR | PREPARATION OF CERTIFICATE OF SERVICE; ELECTRONIC COURT FILING.                                                                                                                                                                                                          | 175.00 | 0.40  | 70.00  |
|            | SBR | CONTINUED EDITS; DRAFT NOTICES.                                                                                                                                                                                                                                          | 350.00 | 0.70  | 245.00 |

Page: 4
08/03/2021
Account No:    2006-026
Statement No:      93675

ROGER BROWN

MICKELSON, HOLLY LYNN

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | ABN | REVIEW FILE SALE MOTION AND NOTICE. | 375.00 | 0.20 | 75.00 |
| 05/23/2021 | ABN | REVIEW AND ANALYZE BNC CERTIFICATE OF SERVICE NOTICE OF SALE. | 375.00 | 0.20 | 75.00 |
| 06/14/2021 | SMR | ON LINE WITH THE COURT TO CHECK FOR OBJECTION OR RESPONSE; PREPARATION OF CERTIFICATE OF NO OBJECTION AND ORDER REGARDING SALE MOTION; | 175.00 | 0.50 | 87.50 |
| 06/15/2021 | ABN | REVIEW SALE NOTICE PROVIDED BY D. WYATT TO CREDITORS. | 375.00 | 0.20 | 75.00 |
| 06/16/2021 | SBR | REVIEW E-MAILS FROM INTERESTED BIDDERS; DRAFT E-MAILS TO SAME REGARDING SCHEDULES AND "SKINNY" TITLE REPORT. | 350.00 | 0.30 | 105.00 |
| 06/17/2021 | SBR | REVIEW VOICEMAIL AND DRAFT E-MAIL REGARDING PROPERTY. | 350.00 | 0.20 | 70.00 |
| | SBR | ATTENTION TO CALLS AND E-MAIL INTERESTED BIDDERS. | 350.00 | 0.30 | 105.00 |
| | GG | RETURN TELEPHONE CALL TO INTERESTED PARTY REGARDING SALE OF REAL PROPERTY. | 285.00 | 0.20 | 57.00 |
| 06/21/2021 | ABN | REVIEW SIGNED SALE ORDER. | 375.00 | 0.10 | 37.50 |
| 06/29/2021 | SBR | E-MAIL TO ORIGINAL BIDDER; AND TELEPHONE CONFERENCE WITH POTENTIAL BIDDER. | 350.00 | 0.20 | 70.00 |
| | SBR | CONDUCT PUBLIC AUCTION OF REAL PROPERTY. | 350.00 | 0.50 | 175.00 |
| | SBR | REVIEW TERMS AND DRAFT E-MAIL TO WINNING BIDDER. | 350.00 | 0.30 | 105.00 |
| | GG | DRAFT TRUSTEES DEED. | 285.00 | 0.50 | 142.50 |
| | GG | ATTEND PUBLIC AUCTION OF REAL PROPERTY. | 285.00 | | 0.00 |
| 07/01/2021 | SBR | ATTENTION TO PAYMENT; PROCESS AND UPDATE REPORT. | 350.00 | 0.20 | 70.00 |
| 07/12/2021 | SBR | RESEARCH EXCISE TRANSFER ISSUES AND WHETHER IT IS THE BUYER OR SELLER THAT MUST PAY AND DEED RECORDATION FOR THE TRANSFER OF REAL PROPERTY. | 350.00 | 1.10 | 385.00 |
| | SBR | MAKE EDITS TO THE DEED. | 350.00 | 0.30 | 105.00 |
| | ABN | REVIEW AND ANALYZE EXCISE TAX ISSUE. | 375.00 | 0.30 | 112.50 |
| 07/13/2021 | SBR | PREPARE FOR MEETING AND REVIEW TAX ISSUES (0.3); MEET WITH TRUSTEE REGARDING DEED AND TAXES (0.2). | 350.00 | 0.50 | 175.00 |
| 07/14/2021 | SBR | ATTENTION TO TRANSFER ISSUES; PREPARE DEED FOR DELIVERY. | 350.00 | 0.60 | 210.00 |
| | GG | TELEPHONE CALL TO WASHINGTON STATE DEPARTMENT OF REVENUE; DISCUSSION WITH S. RODGERS REGARDING SAME; EMAIL CORRESPONDENCE WITH BUYER REGARDING DELIVERY OF DEED. | 285.00 | 1.00 | 285.00 |
| 07/15/2021 | SBR | REVIEW CLOSING INFORMATION AND DRAFT REPORT OF SALE. | 350.00 | 0.40 | 140.00 |
| | SBR | PREPARE MEMORANDUM REGARDING CASE ISSUES. | 350.00 | 0.20 | 70.00 |

```
                                                                        Page: 5
ROGER BROWN                                                         08/03/2021
                                                        Account No:   2006-026
                                                        Statement No:    93675
MICKELSON, HOLLY LYNN
```

|  |  |  | Rate | Hours |  |
|---|---|---|---:|---:|---:|
| 08/02/2021 | SBR | E-MAIL EXCHANGE WITH REP FROM SHORT SELLER ABOUT HOW THEY WERE NOT THE HIGH BIDDER. | 350.00 | 0.20 | 70.00 |
|  | SBR | ATTENTION TO FINAL CASE ISSUES. | 350.00 | 0.30 | 105.00 |
|  |  | ASSET ANALYSIS & DISPOSITION |  | 23.00 | 7,626.00 |
|  |  | For Current Services Rendered |  | 29.40 | 9,581.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| ADAM B. NACH | 7.50 | $375.00 | $2,812.50 |
| SHEILA M. ROCHIN | 3.60 | 175.00 | 630.00 |
| STUART B. RODGERS | 14.20 | 350.00 | 4,970.00 |
| GREG GRANDMONT | 4.10 | 285.00 | 1,168.50 |

### Expenses

| Date | Description | Amount |
|---|---|---:|
| 05/17/2021 | POSTAGE 2 @ $.71 | 1.42 |
| 05/21/2021 | COPIES @ $.25 EACH | 1.50 |
| 05/21/2021 | POSTAGE 2 @ $.51 | 1.02 |
| 07/14/2021 | POSTAGE 1@ $7.16 | 7.16 |
| 08/02/2021 | PACER FEE | 4.80 |
| 08/02/2021 | COPIES; POSTAGE AND PROCESSING | 40.00 |
|  | Total Expenses | 55.90 |
|  | Total Current Work | 9,636.90 |
|  | **Balance Due** | **$9,636.90** |

|  |  | Hours to Bill | Amount |  |
|---|---|---|---|---|
| Subtotal for Timekeeper 2 | Billable | 2.00 | 750.00 | ADAM B. NACH |
| Subtotal for Timekeeper 8 | Billable | 0.20 | 35.00 | SHEILA M. ROCHIN |
| Subtotal for Timekeeper 18 | Billable | 0.20 | 70.00 | STUART B. RODGERS |
| **Total for Category 101** | Billable | 2.40 | 855.00 | CASE ADMINISTRATION |
| Subtotal for Timekeeper 2 | Billable | 2.00 | 750.00 | ADAM B. NACH |
| Subtotal for Timekeeper 8 | Billable | 2.00 | 350.00 | SHEILA M. ROCHIN |
| **Total for Category 102** | Billable | 4.00 | 1,100.00 | PROFESSIONAL EMPLOYMENT/ FEES |
| Subtotal for Timekeeper 2 | Billable | 3.50 | 1,312.50 | ADAM B. NACH |
| Subtotal for Timekeeper 8 | Billable | 1.40 | 245.00 | SHEILA M. ROCHIN |
| Subtotal for Timekeeper 18 | Billable | 14.00 | 4,900.00 | STUART B. RODGERS |
| Subtotal for Timekeeper 20 | Billable | 4.10 | 1,168.50 | GREG GRANDMONT |
| **Total for Category 104** | Billable | 23.00 | 7,626.00 | ASSET ANALYSIS & DISPOSITION |

| GRAND TOTALS |
|---|

|  |  |  |
|---|---|---|
|  | Billable | 29.40　　9,581.00 |